## STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. STEVEN BYRA, PLAINTIFF IN ERROR.

Submitted October 20, 1942—Decided January 22, 1943.

For the plaintiff in error, *Schroeder & Selser* (*John E. Selser* and *James A. Major,* of counsel).

For the defendant in error, *John J. Breslin, Jr.,* Prosecutor of the Pleas, and *James A. Breslin,* Assistant Prosecutor of the Pleas.

PER CURIAM.

The judgment is affirmed, for the reasons expressed in the opinion of Mr. Justice Parker, with the express reservation of the questions discussed in the opinion below relative to the admission of certain evidence. The questions were not argued in this court and are therefore deemed to be abandoned.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.